UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. 2:14-MJ-676-2 |
| | § | |
| CHRISTY LYNN BEARDEN | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)   There is a serious risk that the defendant will not appear; and

(2)   There is a serious risk that the defendant will endanger the safety of another person or the community.

A review of the allegations in the complaint reveals that the evidence against the defendant is substantial. The findings and conclusions contained in the Pretrial Services Report, as well as the first addendum are adopted as the court's own. This order is entered without prejudice to the Defendant's right to reopen the issue of detention if she can produce a cash deposit, a solvent co-surety, a third party custodian, and a residence approved by Pretrial Services.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation

with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 27th day of June, 2014.

                                                                                       _____
                                                                                    B. JANICE ELLINGTON
                                                                                    UNITED STATES MAGISTRATE JUDGE